# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HERNANDEZ SEGURA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 2:26-cv-03682-MWF-SK<br><br>**ORDER ACCEPTING UNOPPOSED REPORT AND RECOMMENDATION TO GRANT HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Habeas Petition (R&R, ECF 9) and any relevant records if needed.  The parties do not object to the recommended disposition and have thus waived the normal period for objections.  (ECF 11).  As a result, the Court need not review de novo the unopposed findings and conclusions in the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is GRANTED in accordance with the R&R.  Petitioner is ORDERED released from Respondents' custody unless he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of this order and under the terms specified in the R&R.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: April 30, 2026

MICHAEL W. FITZGERALD
United States District Judge