JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PABLO HERNANDEZ SEGURA,

Petitioner,

v.

WARDEN OF ADELANTO
DETENTION FACILITY, et al.,

Respondents.

Case No. 2:26-cv-03682-MWF-SK

**JUDGMENT**

Pursuant to the Order Accepting Unopposed Report and Recommendation to Grant Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

DATED: April 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge